

## Doonan, Graves & Longoria LLC

### ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

March 29, 2023

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Brandy Hare
47 Brooklyn Heights Road
Thomaston, ME 04861

**Certified Article Number**
9414 7266 9904 2184 8369 06
**SENDER'S RECORD**

Brandy Hare
492 Old County Road, Apt. C
Rockland, ME 04841

**Certified Article Number**
9414 7266 9904 2184 8369 13
**SENDER'S RECORD**

Robert Hare
47 Brooklyn Heights Road
Thomaston, ME 04861

**Certified Article Number**
9414 7266 9904 2184 8369 20
**SENDER'S RECORD**

Robert Hare
492 Old County Road, Apt. C
Rockland, ME 04841

**Certified Article Number**
9414 7266 9904 2184 8369 37
**SENDER'S RECORD**

### NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:   Property Address:   47 Brooklyn Heights Road, Thomaston, ME 04861
      Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Nationstar Mortgage LLC, the Mortgagee, Lakeview Loan Servicing, LLC and the Owner/Investor, Lakeview Loan Servicing, LLC pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic

**EXHIBIT**
**H**

Registration Systems, Inc, as Nominee for Merrimack Mortgage Company, LLC its successors and assigns (if MERs) dated September 4, 2015 and recorded in the Knox County Registry of Deeds in Book 4956, Page 158. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Past Due Principal & Interest | $24,141.40 |
| Escrow: Taxes & Insurance | $11,331.75 |
| Late Charges | $101.64 |

**TOTAL TO CURE DEFAULT:**   $35,574.79

A portion of the amount due is reasonable interest in the amount of $16,715.88.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $35,574.79in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:  **Nationstar Mortgage LLC, Payment Processing, 8950 Cypress Waters Boulevard, Coppell, TX 75019.  Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Nationstar Mortgage LLC at 888-480-2432 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Lakeview Loan Servicing, LLC, the mortgage servicer, which is Nationstar Mortgage LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Lakeview Loan Servicing, LLC is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Nationstar Mortgage LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Nationstar Mortgage LLC
Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Nationstar Mortgage LLC
Lakeview Loan Servicing, LLC

by its attorney

Reneau J. Longoria, Esq.

MNK
cc:  Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57163

### HUD Housing Counseling Agencies located in MAINE

This listing is current as of 12/14/2022.

| HUD Agency Name | Phone / Toll Free / Fax Number / Email / Website / Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | - English |

GO BACK

### National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

This listing is current as of 01/14/2015.

| Agency Name | Phone / Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |
| Avesta Housing Development Corporation | Phone: 207-553-7777<br>Web: www.avestahousing.org | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | Phone: 800-873-2227<br>Web: | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | Phone: 800-542-8227<br>Web: www.kvcap.org | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

stamps
$8.34 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S962O6,129

CERTIFIED MAIL

9414 7266 9904 2184 8369 20

Robert Hare
47 Brooklyn Heights Road
Thomaston, ME 04861

**Doonan, Graves & Long**
ATTORNEYS AT LAW | EXCELLENC
100 CUMMINGS CENTER, SUITE 0'
BEVERLY, MASSACHUSETTS 0'

stamps
$8.34 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S962O6,128

CERTIFIED MAIL

9414 7266 9904 2184 8369 13

Brandy Hare
492 Old County Road, Apt. C
Rockland, ME 04841

**Doonan, Graves & Lon**
ATTORNEYS AT LAW | EXCELLEN
100 CUMMINGS CENTER, SUI
BEVERLY, MASSACHUSETTS





$8.340
US POSTAGE
FIRST-CLASS
0625O011238745
FROM 01915
S96206.131

$8.340
US POSTAGE
FIRST-CLASS
0625O011238745
FROM 01915
S96206.130

CERTIFIED MAIL

9414 7266 9904 2184 8369 06

Brandy Hare
47 Brooklyn Heights Road
Thomaston, ME 04861

**Doonan, Graves & Long**
ATTORNEYS AT LAW | EXCELLENCE
100 CUMMINGS CENTER, SUITE
BEVERLY, MASSACHUSETTS 01

CERTIFIED MAIL

9414 7266 9904 2184 8369 37

Robert Hare
492 Old County Road, Apt. C
Rockland, ME 04841



**Doonan, Graves & Lon**
ATTORNEYS AT LAW | EXCELLEN
100 CUMMINGS CENTER, SUIT
BEVERLY, MASSACHUSETTS 0

$0.84⁰
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96206.133

**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Robert Hare
47 Brooklyn Heights Road
Thomaston, ME 04861

$0.84⁰
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96206.132

**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Robert Hare
492 Old County Road, Apt. C
Rockland, ME 04841





$0.84^0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96206.134

**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Brandy Hare
492 Old County Road, Apt. C
Rockland, ME 04841

$0.84^0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96206.133

**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Brandy Hare
47 Brooklyn Heights Road
Thomaston, ME 04861

 **UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here



This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Brandy Hare

47 Brooklyn Heights Road

Thomaston, ME  04861

Postmark Here



PS Form **3817**, April 2007 PSN 7530-02-000-9065



**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Brandy Hare

492 Old County Road, Apt. C

Rockland, ME  04841

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065





**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here



This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Robert Hare

47 Brooklyn Heights Road

Thomaston, ME  04861

Postmark Here



PS Form **3817**, April 2007 PSN 7530-02-000-9065

 **UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here



This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Robert Hare

492 Old County Road, Apt. C

Rockland, ME  04841

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, April 3, 2023 11:31 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Lakeview Loan Servicing, LLC What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard

Coppell, TX 75019

888-480-2432


-----

Consumer Information

-----


Consumer First name:Robert

Consumer Middle Initial/Middle Name:

Consumer Last name:Hare

Consumer Suffix:

Property Address line 1:47 Brooklyn Heights Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Thomaston

Property Address State:

Property Address zip code:04861

Property Address County:Knox


-----

Notification Details

-----


Date notice was mailed:3/31/2023

Amount needed to cure the default:35574.79 Consumer Address line 1:492 Old County Road, Apt. C Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Rockland

Consumer Address State:ME

Consumer Address zip code:04841

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, April 3, 2023 11:29 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Lakeview Loan Servicing, LLC What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard

Coppell, TX 75019

888-480-2432


-----

Consumer Information

-----

Consumer First name:Robert

Consumer Middle Initial/Middle Name:

Consumer Last name:Hare

Consumer Suffix:

Property Address line 1:47 Brooklyn Heights Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Thomaston

Property Address State:

Property Address zip code:04861

Property Address County:Knox

-----

Notification Details

-----

Date notice was mailed:3/31/2023

Amount needed to cure the default:35574.79 Consumer Address line 1:47 Brooklyn Heights Road Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Thomaston

Consumer Address State:ME

Consumer Address zip code:04861

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, April 3, 2023 11:28 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Lakeview Loan Servicing, LLC What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard

Coppell, TX 75019

888-480-2432


-----

Consumer Information

-----

Consumer First name:Brandy

Consumer Middle Initial/Middle Name:

Consumer Last name:Hare

Consumer Suffix:

Property Address line 1:47 Brooklyn Heights Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Thomaston

Property Address State:

Property Address zip code:04861

Property Address County:Knox


-----

Notification Details

-----

Date notice was mailed:3/31/2023

Amount needed to cure the default:35574.79 Consumer Address line 1:492 Old County Road, Apt. C Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Rockland

Consumer Address State:ME

Consumer Address zip code:04841

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, April 3, 2023 11:25 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Lakeview Loan Servicing, LLC What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard

Coppell, TX 75019

888-480-2432

-----

Consumer Information

-----

Consumer First name:Brandy

Consumer Middle Initial/Middle Name:

Consumer Last name:Hare

Consumer Suffix:

Property Address line 1:47 Brooklyn Heights Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Thomaston

Property Address State:

Property Address zip code:04861

Property Address County:Knox

-----

Notification Details

-----

Date notice was mailed:3/31/2023

Amount needed to cure the default:35574.79 Consumer Address line 1:47 Brooklyn Heights Road Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Thomaston

Consumer Address State:ME

Consumer Address zip code:04861

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.



$8.34 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915
S96206,130

1st NOTICE
2nd NOTICE
RETURNED

**Doonan, Graves & Lon**
ATTORNEYS AT LAW | EXCELLENC

100 CUMMINGS CENTER, SUIT
BEVERLY, MASSACHUSETTS 0

CERTIFIED MAIL

9414 7266 9904 2184 8369 37

Robert Hare
492 Old County Road, Apt. C
Rockland, ME 04841

¡UNC

NIXIE          815   DE 1          0004/23/23

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 01915611599    *1669-02960-28-16

04841-55GR75
01915>6115

.9327020141659822

---



$8.34 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915
S96206,131

**Doonan, Graves & Long**
ATTORNEYS AT LAW | EXCELLENCE

100 CUMMINGS CENTER, SUITE
BEVERLY, MASSACHUSETTS 01

CERTIFIED MAIL

9414 7266 9904 2184 8369 06

Brandy Hare
UNC 47 Brooklyn Heights Road
Thomaston, ME 04861

NIXIE          815   DE 1          0004/26/23

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 01915611599    *1669-00532-28-16

04861-35ENG47
01915>6115

CERTIFIED MAIL

BOSTON MA 020

**Doonan, Graves & Lon[g]**
ATTORNEYS AT LAW | EXCELLEN[CE]

100 CUMMINGS CENTER, SUI[TE]
BEVERLY, MASSACHUSETTS 0[1915]

9414 7266 9904 2184 8369 13

**UNC**

Brandy Hare
492 Old County Road, Apt. C
Rockland, ME 04841

NIXIE      015   DE 1      0004/26/23

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 01915611599     *1669-02961-28-16

04841-55615

CERTIFIED MAIL

BOSTON MA 020

**Doonan, Graves & Lon[g]**
ATTORNEYS AT LAW | EXCELLEN[CE]

100 CUMMINGS CENTER, SUITE
BEVERLY, MASSACHUSETTS 0[1915]

9414 7266 9904 2184 8369 20

UNC   Robert Hare
47 Brooklyn Heights Road
Thomaston, ME 04861

NIXIE      015   DE 1      0004/26/23

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 01915611599     *1669-00533-28-16

04861-35167      01915>6115